UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL ANN MACFADGEN,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | No. 1:14-CV-13232-IT |

### Order

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's request to remand this action for further administrative proceedings by the Social Security Administration,

IT IS HEREBY ORDERED that this case be remanded to Social Security Administration for further administrative proceedings. The Social Security Administration's Appeals Council will remand the case and instruct the Administrative Law Judge to reconsider the opinion of Ms. McGrath, reevaluate plaintiff's residual functional capacity, reevaluate plaintiff's ability to perform her past work or other work in the national economy, and obtain supplemental vocational expert evidence.

Therefore, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 11th day of March, 2015.

/s/ Indira Talwani
Indira Talwani
United States District Judge