UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL ANN MACFADGEN, Plaintiff, | ) ) ) ) |
| vs. | ) NO. 1:14-CV-13232-IT ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, Defendant. | ) ) ) ) ) ) |

~~[Proposed]~~ Order

Upon consideration of the Parties' Stipulation as to Equal Access to Justice ("EAJA") Fees and Costs, it is hereby

ORDERED that the plaintiff is awarded attorney fees in the amount of $4,452.00 (four thousand four hundred fifty-two dollars), in full and final satisfaction (upon payment) of any and all claims under EAJA;

It is FURTHER ORDERED, that costs are awarded to the plaintiff in the amount of $400.00 (four hundred dollars).

Dated this 27 day of April, 2015

_____
INDIRA TALWANI
United States District Judge